

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

City of Stephenville, Self-Insured,  　　　　* From the 266th District Court
　　　　　　　　　　　　　　　　　　　　　　of Erath County,
　　　　　　　　　　　　　　　　　　　　　　Trial Court No. CV34200.

Vs. No. 11-22-00273-CV  　　　　　　　　* March 7, 2024

Anna Belew, Jodi Belew,  　　　　　　　* Opinion by Trotter, J.
Minor CB, and Minor RB,  　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　　　　　Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court and render judgment in favor of the City of Stephenville, Self-Insured. The costs incurred by reason of this appeal are taxed against Anna Belew, Jodi Belew, Minor CB, and Minor RB.